GAS 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 9:42 am, Sep 24, 2020

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| John Wesley Boone<br>aka "JJ", aka "OG" | Case Number: 2:15CR00008-4<br>USM Number: 18003-021<br>Gregory Chadwick Perry<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations of mandatory and standard conditions of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | January 12, 2019 |
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | February 17, 2019 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 3976

Defendant's Year of Birth: 1986

City and State of Defendant's Residence:

Brunswick, Georgia

September 23, 2020
Date of Imposition of Judgment

Signature of Judge

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

September 23, 2020
Date

DEFENDANT: John Wesley Boone
CASE NUMBER: 2:15CR00008-4

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | The defendant committed another federal, state, or local crime (mandatory condition). | August 17, 2019 |
| 4 | The defendant illegally possessed a controlled substance (mandatory condition). | August 17, 2019 |
| 5 | The defendant purchased, possessed, used, distributed, or administered controlled substances or paraphernalia related to controlled substances (standard condition). | August 17, 2019 |
| 6 | The defendant possessed a firearm or other destructive device (mandatory condition). | August 17, 2019 |
| 7 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | August 17, 2019 |
| 8 | The defendant failed to notify the probation officer ten days prior to a change in residence or employment (standard condition). | July 7, 2019 |

DEFENDANT: John Wesley Boone
CASE NUMBER: 2:15CR00008-4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 months. It is the Court's intention that the defendant receive credit for time served in federal custody.

☒ The court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant be designated to the federal facility in Butner, North Carolina, to the extent space and security can accommodate.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL